BEFORE THE THIRD DIVISION, DECEMBER 19, 1950

**No. 55007.**—S. A. Haram & Co., Inc. *v.* United States, protest 159683–K (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of cheese similar in all material respects to that the subject of *S. A. Haram et al.* v. *United States* (17 Cust. Ct. 37, C. D. 1016).   The claim of the plaintiff was therefore sustained.